UNITED STATES of America, Plaintiff-Appellee

v.

Cristo Rey GUTIERREZ-GARZA, Defendant-Appellant

No. 16-10897

United States Court of Appeals, Fifth Circuit.

Filed February 27, 2018

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Cristo Rey Gutierrez-Garza, Pro Se

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cristo Rey Gutierrez-Garza has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gutierrez-Garza has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.